FILED
2015 Aug-04 AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDERRAHMAN MARROUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-920-MHH-TMP |
| | ) |
| SCOTT HASSELL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 16, 2015, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 9). No objections have been filed. Having reviewed and considered *de novo* the materials in the court file, including the respondents' motion to dismiss (Doc. 6) and the Report and Recommendation (Doc. 9), the Court ADOPTS the report and ACCEPTS the recommendation. Consequently, the petition for writ of *habeas corpus* is DENIED AND DISMISSED as MOOT. A separate final judgment will be entered.

**DONE** and **ORDERED** this August 4, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

Case 4:15-cv-00920-MHH-TMP   Document 10   Filed 08/04/15   Page 2 of 2